WAKEMAN GRIFFIN GRIBBEL, JOHN BANCKER GRIBBEL, IDELLA GRIBBEL McCURDEY, ELIZABETH GRIBBEL CORK-RAN and THE REAL ESTATE TRUST COMPANY OF PHILA-DELPHIA, as Executors and Trustees under the Last Will and Testament of John Gribbel, Deceased; WAKEMAN GRIFFIN GRIBBEL, JOHN BANCKER GRIBBEL, IDELLA GRIBBEL McCURDY, ELIZABETH GRIBBEL CORKRAN and THOMAS A. GRACKEN, JR., as Director-Trustees of John Gribbel, Incorporated, a Dissolved Florida Corporation; JOHN GRIBBEL INCORPO-RATED, a Dissolved Florida Corporation; THE TAMPA GAS COM-PANY, a Florida Corporation, v. T. N. HENDERSON, JR., R. R. DUKE, O. G. DUKE, GENEVIEVE M. BALL, MARY POULOS MATHESON and all persons, firms, and corporations having the same general interest in the Tampa Gas Company, a Florida Cor-

poration, by virtue of being owners and holders of preferred stock therein, and AMY A. BOOSER, MARY E. POST, E. S. MacKENZIE, MANUEL COUTO, JR., AVIS A. HENDERSON, WINNIFRED F. H. TAVEAU, LILLIAN GWIN, MARY A. MARCHAND, S. H. KANTOR; and ERNEST BERGER and RILEY J. McMASTER, as Executors of the Last Will and Testament and Codicil attached thereto of Letitia V. Graham, deceased.

22 So. (2nd) 387              January Term, 1945
May 11, 1945                            . En Banc
Rehearing Denied June 21, 1945.

*Carl T. Hoffman, N. J. Durant, Sam C. Matthews, J. Lewis Hall* and *Seth Dekle,* for petitioners.

*Shackleford, Farrior & Shannon, T. M. Shackleford, Jr., J. Rex Farrior* and *R. W. Shackleford,* for Respondent Petitioners for Intervenors Dupree & Cone; *Gibbons, Vega & Gibbons; Whitaker, Whitaker & Terrell,* for respondents Ernest Berger and Riley J. McMaster, as Executors of Last Will Letitia V. Graham, deceased; *Mabry, Reaves, Carlton, Fields & Anderson, Tillman & Henderson* for Respondents T. N. Henderson, Jr., and others having similar interest in Tampa Gas Company.

PER CURIAM:

Certiorari denied.

TERRELL, BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., and BUFORD, JJ., dissent.